**O'CONNOR BERMAN HOREY & BANES, LLC**
**201 Marianas Business Plaza**
**1 Nauru Loop**
**Susupe, Saipan, CNMI**
Mail: PO Box 501969 Saipan MP 96950
Phone: 234-5684 Fax: 234-5683
E-mail: cnmi@pacificlawyers.law

**Attorneys for Plaintiffs**

## IN THE DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **DREAM PACIFIC AVIATION SERVICES, HONG KONG, LTD.**, et al., | Civil Action No. 18-0011 |
| Plaintiffs, | |
| vs. | NOTICE OF DISMISSAL |
| **FRANK J. VISCONTI**, et al., | |
| Defendants. | |

Plaintiffs hereby give notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is dismissed without prejudice.

Dated this 28th day of August, 2018.

O'CONNOR BERMAN HOREY & BANES
Attorneys for Plaintiffs

/s/ Robert J. O'Connor
By:_____
Robert J. O'Connor
Joseph E. Horey

*4342-01-180827-voluntary dismissal 3*